IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BILLY CARRYL BERI**                                                                                  **PLAINTIFF**

v.                              **CASE NO. 3:23-CV-00005-BSM**

**SAFERENT SOLUTIONS, LLC**                                                          **DEFENDANT**

## ORDER

The parties have filed a joint stipulation of dismissal. Doc. No. 10. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, without assessment of fees and costs.

IT IS SO ORDERED this 16th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE