IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BILLY CARRYL BERI**                                                                                          **PLAINTIFF**

v.                                          **CASE NO. 3:23-CV-00005-BSM**

**SAFERENT SOLUTIONS, LLC**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE